# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **CHRISTOPHER T. SITARZ** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:18-cv-00002-DBH |
| | ) |
| **POWER PRODUCTS SYSTEMS, LLC** | ) |
| **D/B/A NEW ENGLAND DETROIT** | ) |
| **DIESEL-ALLISON** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Christopher T. Sitarz, by and through his Attorneys, Benjamin E. Ford and Tawny L. Alvarez, moves the Court to dismiss the Complaint in its entirety. Defendant, by and through its Attorneys, Richard O'Meara, Cheryl B. Pinarchick, and Monica P. Snyder, hereby stipulate to this dismissal.

WHEREFORE, Plaintiff respectfully requests that the Court dismiss this case with prejudice and without costs assigned to either party.

Dated this 8th day of August, 2018.

    Respectfully submitted,

    /s/ Benjamin E. Ford
    Benjamin E. Ford
    Tawny L. Alvarez
    Verrill Dana LLP
    One Portland Square
    P.O. Box 586
    Portland, ME 04112-0586
    bford@verrilldana.com
    Tel: (207) 774-4000
    Fax: (207) 774-7499

        /s/ Cheryl Pinarchick
        Cheryl Pinarchick
        Fisher Phillips LLP
        200 State Street, 7th Floor
        Boston, MA 02109
        Tel: (617) 722-0044
        Fax: (617) 532-5899

## CERTIFICATE OF SERVICE

    I, Benjamin E. Ford, hereby certify that on August 8, 2018, I electronically filed this Stipulation of Dismissal on behalf of Plaintiff, Christopher T. Sitarz, with the Clerk of the United States District Court for the District of Maine using the CM/ECF system, which will send notification of such filing to all parties of record.

Dated: August 8, 2018

/s/ Benjamin E. Ford
Benjamin E. Ford, Esq.
Verrill Dana LLP
One Portland Square
Portland, ME 04112-0586
Tel: (207) 774-4000